**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DERRICK COTTON,

      Plaintiff,                                   Case No. 20-cv-10043

v.
                                                      Honorable Nancy G. Edmunds

CITY OF DETROIT, et. al.,

      Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE [6]

Pending before the Court is Plaintiff's motion to extend summons and for substitute service. (ECF No. 6.)  In his motion, Plaintiff asks the Court for an extension of the summons issued for the individual police officer defendants.  Plaintiff also requests permission to serve the individual police officer defendants through their employer, the City of Detroit.  The City of Detroit has already been served.

Plaintiff's motion was scheduled to be heard on February 5, 2020.  Plaintiff, however, failed to appear at the hearing and failed to offer any explanation for his or his counsel's absence.

Having reviewed the entire record in this matter, the Court finds that Plaintiff's motion should be **DENIED WITHOUT PREJUDICE** because Plaintiff has failed to demonstrate good cause for extending summons or permitting alternative service at this time.  It is further **ORDERED** that before resubmitting the motion, Plaintiff must speak with counsel for the City of Detroit about the issues presented and whether the City of Detroit will accept service on behalf of the individual police officer defendants.

      **SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge


Dated:  April 1, 2020


I hereby certify that a copy of the foregoing document was served upon counsel of record on April 1, 2020, by electronic and/or ordinary mail.


s/Lisa Bartlett
Case Manager