UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK COTTON,

    Plaintiff,

v.

CITY OF DETROIT, et. al.,

    Defendants.
_____/

Case No. 20-cv-10043

Honorable Nancy G. Edmunds

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE [10]

Pending before the Court is Plaintiff's renewed motion to extend summons and for substitute service. (ECF No. 10.) In his motion, Plaintiff asks the Court for an extension of the summons issued for the individual police officer defendants. Plaintiff also requests permission to serve the individual police officer defendants through their employer, the City of Detroit. The City of Detroit has already been served. The City of Detroit, although apparently aware of the relief Plaintiff seeks, did not file a response or otherwise indicate an opposition to the motion.

This is Plaintiff's second motion seeking an extension of the summons and substitute service. The Court denied Plaintiff's initial motion finding that Plaintiff failed to demonstrate good cause for extending summon or permitting alternative service. (ECF No. 9.) In denying the motion, the Court instructed Plaintiff to attempt to work with counsel for the City of Detroit to attempt to resolve the issue of service on the individual officers. (*Id.*)

Having reviewed the entire record in this matter, the Court finds that Plaintiff's motion should be **GRANTED.** Plaintiff has demonstrated good cause for extending

1

summons and permitting alternative service.  The exhibits attached to the motion reflect that Plaintiff has exercised due diligence and has made numerous unsuccessful attempts to serve the individual police officer defendants at their place of employment.  The exhibits also reflect that Plaintiff has attempted in good faith to work with the City of Detroit—the individual defendants' employer—to achieve service on the individual defendants.

Accordingly, **IT IS HEREBY ORDERED** that Summons for Defendants Officer W. Richards, Officer X. Zami, Officer Christopher Bush, and Officer Raymond Khamis is extended 180 days from the original expiration date of January 14, 2020.  **IT IS FURTHER ORDERED** that Plaintiff may serve Defendants Officer W. Richards, Officer X. Zami, Officer Christopher Bush, and Officer Raymond Khamis through service on the City of Detroit Law Department.

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  June 18, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 18, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager